# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MANTAK, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>vs.<br>MAXWELL TECHNOLOGIES, INC., et al.<br><br>Defendants. | CASE NO. 19cv451-LAB-AHG<br><br>**ORDER OF DISMISSAL** |

The Court previously ordered Plaintiff to show cause why this case should not be dismissed following the voluntary dismissal of a case consolidated with it, *Duffy v. Maxwell Technologies, Inc.*, 19cv1094. Dkt. 17. The Court apprised Plaintiff that the case would be dismissed without prejudice and terminated absent a timely showing.

Plaintiff didn't respond to the Order to Show Cause. Because this action has been pending with no proceedings for more than six months, it is **DISMISSED WITHOUT PREJUDICE**. *See* L.R. 41.1(a). The Clerk of Court is ordered to close the case.

**IT IS SO ORDERED**.

Dated: December 16, 2020

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge