

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Mantak, On Behalf of Himself and All Others Similarly Situated | Civil Action No.  19cv0451-LAB-AHG |
| **Plaintiff,** | |
| V. | |
| Maxwell Technologies, Inc.; Richard Bergman; Steve Bilodeau; Jorg Buchheim; Franz J. Fink; Burkhard Goeschel; Ilya Golubovich; John Mutch | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed without prejudice.

| | |
|---|---|
| Date:   12/16/20 | **CLERK OF COURT** |
| | **JOHN MORRILL, Clerk of Court** |
| | By:  s/ J. Taylor |
| | J. Taylor, Deputy |